UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CANATAL INDUSTRIES, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 1:11-CV-11197-DPW |
| ILLINOIS UNION INSURANCE | ) | |
| COMPANY, | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that

this matter be dismissed with prejudice and without costs, waiving all rights of appeal and with

each party to bear its own attorneys' fees.


Plaintiff,
CANATAL INDUSTRIES, INC.,
By its attorneys,


_____/s/ Lindsey A. Gil_____
Lindsey A. Gil, BBO# 679626
lgil@taylorduane.com
TAYLOR, DUANE, BARTON &
GILMAN, LLP
160 Federal Street
Boston, MA 02110
(617) 654-8200


Defendant,
ILLINOIS UNION INSURANCE COMPANY,
By its attorneys,


/s/      William T. Bogaert_____
William T. Bogaert, BBO# 546321
William.Bogaert@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER, LLP
260 Franklin Street, 14th Floor
Boston, MA 02110
(617) 422-5300


Dated: May 15, 2012

751290.1

<u>**CERTIFICATE OF SERVICE**</u>

I, William T. Bogaert, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on May 15, 2012.

<u>/s/ William T. Bogaert</u>

751290.1